

# NUMBER 13-22-00274-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JORGE AGUILAR ZANNATA, Appellant,

V.

PH QUALITY PRODUCE, LLC, Appellee.

On appeal from the County Court at Law No. 7
of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Tijerina
Memorandum Opinion by Justice Longoria**

On June 15, 2022, appellant Jorge Aguilar Zannata filed a notice of appeal regarding a final judgment rendered in favor of appellee PH Quality Produce, LLC. On June 21, 222, the Clerk of this Court requested appellant to remit the $205.00 filing fee for the appeal within ten days. *See* TEX. R. APP. P. 5 ("A party who is not excused by

statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just."); TEX. GOV'T CODE ANN. § 51.207 (delineating the required fees and costs in an appellate court). Appellant did not pay the filing fee.

On July 14, 2022, the Clerk notified appellant that he was delinquent in paying the filing fee for the appeal. The Clerk advised appellant that the appeal would be dismissed if the filing fee was not paid within ten days. *See id.* R. 42.3(c). Appellant did not pay the filing fee.

The Court, having examined and fully considered the notice of appeal and subsequent events, is of the opinion that this appeal should be dismissed. This Court has the authority to dismiss an appeal because the appellant has failed to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. *See* TEX. R. APP. P. 42.3(c); *Smith v. DC Civil Constr., LLC*, 521 S.W.3d 75, 76 (Tex. App.—San Antonio 2017, no pet.). Here, appellant has not paid the appellate filing fee or otherwise responded to the Clerk's directives. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(c).

NORA L. LONGORIA
Justice

Delivered and filed on the
25th day of August, 2022.

2